SEAN P. NALTY (SBN 121253)
Email: sean.nalty@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
YELLOW ROADWAY CORPORATION
GROUP LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANI FULLER, | Case No.:    CV08-00982 JAM (JFM) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND  ORDER** |
| v. | |
| YELLOW ROADWAY CORPORATION GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | Filing Date   :    May 6, 2008 |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-144(a), by and between plaintiff Dani Fuller and defendant Yellow Roadway Corporation Group Long Term Disability Plan, through their attorneys of record, as follows:

1. The parties have agreed that defendants may have an extension to a date certain, including July 25, 2008 to answer or otherwise respond to the Complaint herein; and

---

1
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**
USDC CDCA Case #CV08-00982 JAM (JFM)
361013.1

PDF created with pdfFactory trial version www.pdffactory.com

2. This is the second extension and does not exceed sixty (60) days.

Dated: July 1, 2008                    ERISA LAW GROUP

By: */s/ Thornton Davidson*
    THORNTON DAVIDSON
    Attorneys for Plaintiff
    DANI FULLER

Dated: June 30, 2008                   WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP

By: */s/ Sean P. Nalty*
    SEAN P. NALTY
    Attorneys for Defendant
    YELLOW ROADWAY CORPORATION
    GROUP LONG TERM DISABILITY PLAN

**ORDER**

**IT IS SO ORDERED.**

Dated: July 8, 2008

/s/ John A. Mendez
Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE

2
**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**
USDC CDCA Case #CV08-00982 JAM (JFM)
361013.1

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**
*Dani Fuller v. Yellow Roadway Corporation Group Long Term Disability Plan*
*USDC EDCA Case #CV08-00982 JAM (JFM)*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**à** : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

: **Facsimile** -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Thornton L. Davidson, Esq.
THORNTON DAVIDSON & ASSOCIATES
2055 San Joaquin Street
Fresno, CA  93721
Tel:   (559) 256-9800
Fax:   (559) 256-9791
*Attorneys for Plaintiff*
*DANI FULLER*

Margaret Rosenthal, Esq.
Nancy Inesta, Esq.
BAKER AND HOSTETLER, LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA  90025
Tel:   (310) 820-8800
Fax:   (310) 820-8859
*Attorneys for Defendant*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **July 8, 2008**, at San Francisco, California.

Nancy Li

PDF created with pdfFactory trial version www.pdffactory.com