**THORNTON DAVIDSON # 166487**
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, CA 93721
Telephone:(559)256-9800
Telefax:(559)256-9791

Attorney for Plaintiff,
DANI FULLER

**SEAN NALTY #121253**
Wilson Elser Moskowitz Edelman & Dicker
525 Market St 17FL
San Francisco, CA, 94105-2725
Telephone: (415) 433-0990
Telefax: (415) 434-1370

Attorneys for Defendant,
YELLOW ROADWAY CORPORATION GROUP
LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANI FULLER,<br><br>          Plaintiff,<br><br>     v.<br><br>YELLOW ROADWAY CORPORATION GROUP LONG TERM DISABILITY PLAN,<br><br>          Defendants. | Case No.  2:08-cv-00982-JAM-JFM<br><br>**STIPULATION AND ORDER TO DISMISS CASE IN ITS ENTIRETY** |

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff DANI FULLER and Defendant YELLOW ROADWAY CORPORATION GROUP LONG TERM DISABILITY PLAN, having settled the matter, by and through their attorneys of record, hereby stipulate to the dismissal of this action in its entirety with prejudice, all parties to bear their own fees and costs.

//

//

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATE: February 5, 2009 | The ERISA Law Group |
| 2 | | |
| 3 | | By: /s/ *Thornton Davidson* <br> THORNTON DAVIDSON <br> Attorney for Plaintiff, |
| 4 | | DANI FULLER |
| 5 | DATE: February 5, 2009 | Wilson Elser Moskowitz Edelman & Dicker |
| 6 | | |
| 7 | | By: /s/ *Sean P. Nalty* <br> SEAN NALTY, |
| 8 | | Attorneys for Defendant <br> YELLOW ROADWAY CORPORATION |
| 9 | | GROUP LONG TERM DISABILITY <br> PLAN |

ORDER

It is so order.

Dated: February 6, 2009

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ

---

STIPULATION AND [PROPOSED] ORDER TO DISMISS CASE IN ITS ENTIRETY

2

PDF created with pdfFactory trial version www.pdffactory.com